IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARCHE' JOHNSON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:26cv579-MHT |
| | ) | (WO) |
| CITY OF MONTGOMERY, | ) | |
| ALABAMA, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

In light of plaintiff's filing of an amended complaint (Doc. 15) pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), it is ORDERED that defendants' motion to dismiss federal claims and to remand state-law claims (Doc. 3) is denied as moot, without prejudice to refiling.

DONE, this the 11th day of August, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE